United States Bankruptcy Court
District of Maryland

In re: Case No. 24-11706-NVA
Sandra L. Johnson Chapter 13
Charles W. Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Jul 15, 2024      Form ID: pdfall      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sandra L. Johnson, Charles W. Johnson, 1305 Saint Marks Ave., Baltimore, MD 21230-1133 |
| 32477001 | | Evolve Bank & Trust, Attn: Bankruptcy, Triad Center 16000 Poplar Ave, Ste 300, Memphis, TN 38119 |
| 32482046 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, Samuel I. White, P.C., 448 Viking Drive, Suite 350, Virginia Beach, VA 23452-7397 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32566839 | + | Email/Text: BGEBankruptcy@BGE.com | Jul 15 2024 19:16:00 | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 32478536 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 15 2024 19:16:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32476996 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2024 19:26:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32512865 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2024 19:26:47 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32476997 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2024 19:26:47 | Capital One/bass Pro, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32476999 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2024 19:26:35 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 32477000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2024 19:16:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 32477002 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 15 2024 19:17:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 32477003 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 15 2024 19:16:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32477004 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2024 19:17:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 32476998 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2024 19:26:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 32477005 | + | Email/Text: bankruptcy@kikoff.com | Jul 15 2024 19:16:00 | Kikoff Lending, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 32477007 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2024 19:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2024 | Form ID: pdfall | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 32488442 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 19:26:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32477008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 19:26:46 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 32477009 | | Email/Text: camanagement@mtb.com | Jul 15 2024 19:16:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 32477010 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 15 2024 19:16:00 | Mayor and City Council of Baltimore, 200 N. Holliday St.. Rm. 1, Baltimore, MD 21202-6295 |
| 32517738 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2024 19:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 32477011 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2024 19:17:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 32477012 | + | Email/PDF: cbp@omf.com | Jul 15 2024 19:26:40 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 32477013 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2024 19:16:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 32538841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2024 19:26:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32534525 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2024 19:17:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 32477014 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 15 2024 19:17:00 | Rocket Mortgage, LLC fka Quicken Loans LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 32477015 | | Email/Text: siwbkecf@siwpc.com | Jul 15 2024 19:16:00 | Samuel I. White, P.C., 448 Viking Drive, Suite 350, Virginia Beach, VA 23452 |
| 32477016 | ^ | MEBN | Jul 15 2024 19:14:58 | SECU of Maryland, Attn: Bankruptcy, P.O. Box 2092, Glen Burnie, MD 21060-2092 |
| 32478535 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 15 2024 19:17:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32478534 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 15 2024 19:16:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32477017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2024 19:26:22 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 32477018 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2024 19:26:47 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32477019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2024 19:26:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32477020 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2024 19:26:50 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32477021 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2024 19:26:31 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32477022 | + | Email/Text: synovusbankruptcy@synovus.com | Jul 15 2024 19:17:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 32477023 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jul 15 2024 19:16:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 32477024 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 15 2024 19:16:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 36

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 15, 2024 | Form ID: pdfall | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32517407 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32477006 | *+ | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Robert Alston Jones | rjones@siwpc.com<br>dpesacho@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

TOTAL: 5

Entered: July 15th, 2024
Signed: July 12th, 2024

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| SANDRA L. JOHNSON | * | Case No. 24-11706-NVA |
| CHARLES W. JOHNSON | * | |
| | * | (Chapter 13) |
| Debtors | * | |
| | * | |

**ORDER CONFIRMING PLAN**

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtors filed June 7, 2024 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtors until the Debtors are granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtors are directed to pay to the Trustee, on or before the 29th day of each month, the sum of $220.00 for a period of 12 months and then the sum of $375.00 for 36 months for a total term of 48 months.

*       *       *       *

TRUSTEE RECOMMENDATION:
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/  *Brian A. Tucci*
Brian A. Tucci, Chapter 13 Trustee

cc:     All Creditors, Debtors, Counsel to Debtors, Trustee

**END OF ORDER**